IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**LEONARDO T. MORALES,**

    Petitioner,

v.                                        Case No. 3:24cv057-MCR/MAF

**RICKY D. DIXON, Secretary,**
**Department of Corrections, et al.,**

    Respondents.

_____/

## ORDER

The magistrate judge issued a Report and Recommendation on August 28, 2024.  ECF No. 10.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1).  I have made a de novo determination of all timely filed objections.

Have considered the Report and Recommendation, and any timely objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Report and Recommendation, ECF No. 10, is adopted and incorporated by reference in this order.

2. The § 2241 petition for writ of habeas corpus, ECF No. 1, is **DISMISSED**.

**DONE AND ORDERED** this 25th day of October 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**